# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:17-CV-0330-GCM

| | |
|---|---|
| VINCENT LUMINOSO, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| NANCY A. BERRYHILL, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE** the Court on the motion of the Commissioner for entry of final judgment in this matter. The Administrative Law Judge rendered a favorable decision to Plaintiff on October 25, 2018, and neither party contests said decision.

Therefore, it is **ORDERED** that final judgment be entered in this case in accordance with the decision of the Administrative Law Judge.

**SO ORDERED**.

Signed: December 14, 2018

Graham C. Mullen
United States District Judge