## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL ACTION NO. 1:17-CV-00330-GCM

| | | |
|---|---|---|
| VINCENT LUMINOSO, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Upon stipulation of the parties, it is hereby ordered that Defendant will pay Plaintiff $1,600.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Additionally, Plaintiff shall be paid $420.40 in costs from the Judgment Fund by the U.S. Department of Treasury pursuant to 28 U.S.C. §2412(a)(1). If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Christopher S. Stepp, and mailed to his office at 112 South Main Street, Hendersonville, North Carolina 28792, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

**SO ORDERED**.

Signed: January 30, 2019

Graham C. Mullen
United States District Judge